NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HAROLD W. VAN ALLEN,**
*Claimant-Appellant,*

**v.**

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7057

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-2957, Judge William A. Moorman.

---

**ON MOTION**

---

**O R D E R**

Harold W. Van Allen moves for an extension of time, until August 15, 2013, to pay the filing fee or submit a motion for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                          HAROLD VAN ALLEN v. SHINSEKI

The motion is granted to the extent that the filing fee or a "Motion and Declaration for leave to Proceed in Forma Pauperis" is due August 15, 2013. No further extensions should be anticipated. If the filing fee is not paid or the in Forma Pauperis motion is not filed by August 15, 2013, the motion to reinstate the appeal filed on May 13, 2013 will be denied.

FOR THE COURT


 /s/ Daniel E. O'Toole
Daniel O'Toole
Clerk


s21